**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR223 |
| | ) | |
| vs. | ) | |
| | ) | |
| GILBERTO AGUILAR-BELTRAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [40].  Counsel needs additional time to effectively prepare for trial or resolve the matter short of trial.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [40] is granted, as follows:

1. The jury trial, now set for May 17, 2022, is continued to **July 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED:  May 2, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge