IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GILBERTO AGUILAR-BELTRAN,

Defendant.

**8:21CR223**

**ORDER**

On July 7, 2022 the court held a hearing on the motion of Chinedu Igbokwe to withdraw as counsel for the defendant, Gilberto Aguilar-Beltran (Filing No. 42). Chinedu Igbokwe represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Chinedu Igbokwe's Motion to Withdraw as Attorney (Filing No. 42).

Alton E. Mitchell, 1905 Harney Street, Suite 811, Omaha, NE 68102, (402) 301-2035, is appointed to represent Gilberto Aguilar-Beltran for the balance of these proceedings pursuant to the Criminal Justice Act. Chinedu Igbokwe shall forthwith provide Alton E. Mitchell any discovery materials provided to the defendant by the government and any such other materials obtained by Chinedu Igbokwe which are material to Gilberto Aguilar-Beltran's defense.

The clerk shall provide a copy of this order to Alton E. Mitchell and the defendant.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge