IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERTO AGUILAR-BELTRAN,<br><br>Defendant. | 8:21-CR-223<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 109. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On February 15, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in $6,580.00 in United States currency. Filing 104; Filing 102.

2. On April 18, 2023, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 108.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 109, is granted.

2. All right, title and interest in and to the United States currency taken from Defendant, held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the government.

4. The Government is directed to dispose of the currency in accordance with law.

Dated this 20th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge