IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GILBERTO AGUILAR-BELTRAN,

Defendant.

**8:21-CR-223**

**ORDER DENYING DEFENDANT'S
MOTION TO APPOINT COUNSEL**

This matter is before the Court on defendant Gilberto Aguilar-Beltran's *pro se* Motion to Appoint Counsel. Filing 143. The defendant requests that the Court "order [his] attorney to release [his] transcript of appeal an[d] trial" and asserts that the defendant "was never notified of [his] appeal brief or objections." Filing 143 at 1. The defendant has been represented by multiple attorneys in this case but based on the nature of his request, the Court presumes the defendant is referring to his former counsel, Alton E. Mitchell. The Court's review of the docket indicates that transcripts of the defendant's trial and sentencing were prepared. *See* Filing 126; Filing 127; Filing 128; Filing 129; Filing 130. There do not appear to be any transcripts related to the defendant's appeal. *See* Eighth Circuit Court of Appeals docket number 23-2123. The defendant's former attorney shall provide the defendant with copies of the requested transcripts to the extent such transcripts exist.

The defendant also states that he "would like another attorney be on [his] case." Filing 143 at 1. This request is denied. The defendant has not identified any reason for needing counsel and apart from the present motion seeking counsel, there is no motion before the Court. Moreover,

1

"[t]here is no right to counsel in postconviction proceedings." *Garza v. Idaho*, 586 U.S. 232, 245 (2019). Accordingly,

IT IS ORDERED:

1. The defendant's Motion to Appoint Counsel, Filing 143, is denied. However, the defendant's former counsel, Alton E. Mitchell, shall furnish the defendant with any transcripts in his possession that are related to the defendant's case; and

2. The Clerk of Court shall mail a copy of this order to the defendant and to Mr. Mitchell.

Dated this 11th day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2